BEFORE THE SECOND DIVISION, JANUARY 3, 1952

**No. 56220.**—Philipp Brothers, Inc. *v.* United States, protest 170329–K (Baltimore).

Opinion by LAWRENCE, J.   It was stipulated that certain items of the merchandise consist of scrap, of which metal is the component material of chief value, and which is secondhand and fit only to be remanufactured.   Upon the agreed statement of facts, it was held that the merchandise comes within the provisions of Public Law 869, *supra*, and is properly entitled to free entry.

**No. 56221.**—Raymond Abrahams et al. *v.* United States, protests 173363–K, etc. (New York).

Opinion by LAWRENCE, J.   It was stipulated that the items of merchandise marked "A" or "B" on the invoices consist of watch movements similar in all material respects to those which were the subject of *United States* v. *Helbros Watch Co. et al.* (38 C. C. P. A. 1, C. A. D. 430).   Upon the agreed statement of facts and the cited authority, the items marked "A" were held properly dutiable at the base rate of 90 cents each as watch movements more than 1 inch but less than 1.77 inches wide, and the items marked "B" were held dutiable at $1.20 each as watch movements more than 9/10 of 1 inch but not more than 1 inch wide under paragraph 367 (a) (1), as modified, *supra*.

**No. 56222.**—W. R. Zanes and Company *v.* United States, protests 151066–K and 151067–K (Galveston).

Opinion by LAWRENCE, J.   The protests were dismissed.

**No. 56223.**—Westinghouse Electric Corporation et al. *v.* United States, protests 152997–K, etc. (Pittsburgh).

Opinion by LAWRENCE, J.   The protests were dismissed.